**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case Number: 15-cv-24637-DPG**

**DOUGLAS LONGHINI**,
Individually,

    Plaintiff,
v.

**SRG CONCORD ENTERPRISES, INC.**,
a Florida Profit Corporation, d/b/a CHEVRON,

    Defendant.
_____/

**ORDER APPROVING JOINT STIPULATION OF SETTLEMENT**
**ON AMOUNT OF ATTORNEYS' FEES AND COSTS**

    **THIS CAUSE** came before the Court on the parties' Stipulation of Settlement on Amount of Attorneys' Fees and Costs ("Stipulation") [ECF No. 24]. The Court has reviewed the Stipulation and the record and is otherwise fully advised in the premises. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Court **APPROVES** the Stipulation and **ORDERS** the parties to comply with the terms thereof. The Court shall retain jurisdiction to enforce the Stipulation pursuant to the terms contained therein.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of September, 2016.

                                                    _____
                                                    DARRIN P. GAYLES
                                                    UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
         All Counsel of Record